548

358 A.2d 79
Ekas v. Ekas, Appellant.

Argued April 20, 1976.   Howard R. Singer, for appellant; George L. Eynon, Jr., with him Shoemaker, Eynon, Clasper, Rolston & Theophilus, for appellee.

OPINION PER CURIAM: Decree affirmed.   Having made an independent review of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

SPAETH, J., absent.

358 A.2d 78
Equibank, N. A. v. Thomas (et al., Appellants).

Argued April 12, 1976.   Thomas J. Godlewski, with him O'Connell, Silvis & Godlweski, for appellants; Gordon F. Harrington, with him Greenlee, Richman, Derrico & Posa, for appellees.

Order and decree affirmed.